**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARK JOHNSON**                                                                 **PLAINTIFF**

**V.**                                                                 **NO: 4:21-CV-120**

**CLARKSDALE PUBLIC**                                    **DEFENDANTS**
**UTILITIES COMMISSION;
GEORGE MILLER, SR.
(individual capacity); and,
DONALD MITCHELL
(individual capacity)**

**JUDGMENT**

In accordance with the Opinion and Order granting Defendants' Motion for Judgment on the Pleadings, Judgment is entered in favor of all named Defendants and against Plaintiff Mark Johnson.

This the 22nd day of March, 2023.

                                                                 **/s/ Michael P. Mills**
                                                                 **UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**