IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARK JOHNSON**     **PLAINTIFF**

**v.**     **No. 4:21-cv-00120-MPM-DAS**

**CLARKSDALE PUBLIC UTILITIES
COMMISSION, GEORGE MILLER, SR., and
DONALD MITCHELL**     **DEFENDANTS**

## **JUDGMENT**

For the reasons set forth in the Court's memorandum opinion entered this date, and the related Motion for Summary Judgment [127] having been GRANTED and Motion for Partial Summary Judgment [125] having been DENIED as moot, it is hereby ordered that all claims in this action are DISMISSED WITH PREJUDICE. This case is CLOSED.

SO ORDERED, this the 20th day of October, 2025.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI